**No. 46355.**—Protests 37814–K, etc., of Gribbon Co. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of articles (not fabrics) similar to those involved in *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the articles in question were held not subject to countervailing duty as claimed.